UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BERNKOPF GOODMAN LLP )<br>)<br>Plaintiff, )<br>)<br>v. )<br>) Civil Action No.<br>WARREN J. HEBERT D/B/A )<br>CHECKMASTER PAYROLL )<br>SERVICE, CAROLYN M. HEBERT )<br>A/K/A CHECKMASTER PAYROLL )<br>SERVICE BUREAU, CORNERSTONE )<br>COMMUNITY BANK and CITIZENS )<br>BANK, )<br>)<br>Defendants, )<br>)<br>And )<br>)<br>CITIZENS BANK, )<br>)<br>Trustee Process Defendant. )<br>) | |

## [~~PROPOSED~~] FINDING AND ORDER OF APPROVAL OF TRUSTEE PROCESS ATTACHMENT

This case came to be heard on August 23, 2011, upon Plaintiff's Motion for Approval of *Ex Parte* Trustee Process Attachment and, upon consideration thereof, the Court hereby finds that there is a reasonable likelihood that the Plaintiffs will recover judgment, including interest and costs, in an amount equal to or greater than $1,000,000.00 and above any liability insurance known or reasonably believed to be available, and that there is a clear danger that the Defendants, if notified in advance of the attachment on trustee process, will withdraw the goods, effects or credits from the hands and possession of the trustee and remove them or conceal them.

WHEREUPON, this Court hereby approves the Attachment on Trustee Process in the amount of $1,000,000.00, subject to all applicable exemptions and limitations provided by law, and ORDERS that all accounts, goods, effects, and/or credits held or in the possession of alleged Trustee Citizens Bank including, but not limited to the Defendants' accounts ending in the following four digits "9162" standing in the name of any of the following Defendants be hereby attached and notice provided to the Trustee:

1. Warren J. Hebert;

2. Carolyn M. Hebert;

3. Carolyn and Warren Hebert;

4. CheckMaster Payroll Service;

5. CheckMaster Payroll Service Bureau;

6. Carolyn M. Hebert d/b/a CheckMaster Payroll Service;

7. Warren J. Hebert d/b/a CheckMaster Payroll Service;

8. Carolyn M. Hebert d/b/a CheckMaster Payroll Service Bureau;

9. Warren J. Hebert d/b/a CheckMaster Payroll Service Bureau;

10. Carolyn and Warren Hebert d/b/a CheckMaster Payroll Service; and,

11. Carolyn and Warren Hebert d/b/a CheckMaster Payroll Service Bureau.

This Court further ORDERS that Plaintiff is required to post a $250.00 bond as security.

_____
United States District Court Judge

Dated: August 25, 2011

521035 v1/35857/32

- 2 -